**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GILBERT P. HYATT,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>BETTY T. YEE, in her official capacity as California Franchise Tax Board member and California State Board of Equalization member; DIANE L. HARKEY, in her official capacity as California State Board of Equalization member; JEROME E. HORTON, in his official capacity as California Franchise Tax Board member; MICHAEL COHEN, in his official capacity as California Franchise Tax Board member; GEORGE RUNNER, in his official capacity as California State Board of Equalization member; FIONA MA, in her official capacity as California State Board of Equalization member and Franchise Tax Board member,<br><br>    Defendants-Appellees. | No. 15-15296<br><br>D.C. No. 2:14-cv-00849-GEB-DAD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: W. FLETCHER, FUENTES,[*] and RAWLINSON, Circuit Judges.

  The state parties are invited to move for judicial notice of documents that

---

  [*] The Honorable Julio M. Fuentes, United States Circuit Judge for the U.S. Court of Appeals for the Third Circuit, sitting by designation.

may shed light on the administrative and judicial proceedings that have taken place, and the possible reasons for delay, since the time Plaintiff-Appellant Hyatt first contested the California income tax liability at issue in this case.

If the state parties wish to move for judicial notice, they are instructed to do so within 21 days of this order. Plaintiff-appellant may file an optional opposition within 14 days after any motion for judicial notice is filed. The state parties may file an optional reply to any opposition within 7 days after the opposition is filed.