No. 15-15296

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

GILBERT P. HYATT,

*Plaintiff and Appellant,*

v.

DIANE L. HARKEY, *et al.*,

*Defendants and Appellees.*

On Appeal from the United States District Court
for the Eastern District of California
Case No. 2:14-cv-00849-GEB-DAD
The Honorable Garland E. Burrell, Jr.

## DECLARATION OF GRANT S. THOMPSON IN SUPPORT OF
## REQUEST FOR JUDICIAL NOTICE

James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Brady R. Dewar (252776)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
mvl@kerrwagstaffe.com

*Attorneys for Defendants and Appellees,*
DIANE L. HARKEY, JEROME E. HORTON, BETTY T. YEE, GEORGE
RUNNER and FIONA MA, in their official capacities as members of the
California State Board of Equalization

I, Grant S. Thompson, hereby declare:

1.      I am an attorney and active member of The State Bar of California.  I am employed by the California State Board of Equalization ("SBE") in the position of Tax Counsel IV.

2.      The SBE maintains a file of communications, briefing, and evidence received from or sent to either party in connection with pending appeals of notices of action by the California Franchise Tax Board ("FTB").  I am familiar with the SBE's files concerning the appeals of Gilbert P. Hyatt of the FTB's December 26, 2007 Notices of Action regarding the 1991 and 1992 tax years, Case ID Nos. 435770 and 446509, respectively.  Attached hereto as Exhibit 1 is an index of the materials received from or sent to either party in connection with Mr. Hyatt's appeals for the tax years 1991 (Case ID No. 435770) and 1992 (Case ID No. 446509) from the initiation of the appeals through March 3, 2017.   This represents the "docket" for these matters.

3.      I have attached to this declaration copies of certain communications received or sent by the SBE in connection with Mr. Hyatt's appeals that relate to timing, permission to submit additional materials, or scheduling of a hearing. Each document is a true and correct copy from the SBE's official records

concerning these appeals.[1]  I identify each such document separately in the following paragraphs:

4.    Attached hereto as Exhibit 2 is a true and correct copy from the SBE's official record on appeal of the January 22, 2008 submission by Eric Coffill, counsel for Mr. Hyatt, of Mr. Hyatt's Notices of Appeal, including requests for extensions of time in which to file his opening briefs to 90 days from the date of the SBE's acknowledgement of the Notices of Appeal.

5.    Attached hereto as Exhibit 3 is a true and correct copy from the SBE's official record on appeal of a May 2, 2008 letter from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's request for extensions until July 31, 2008 to file his opening brief not to exceed 30 pages and reminding Mr. Hyatt that he can avoid additional accumulation of interest by paying the proposed additional tax and accrued penalties and interest.

6.    Attached hereto as Exhibit 4 is a true and correct copy from the SBE's official record on appeal of May 27, 2008 letters from Sharon King, Appeals

---

[1]    For brevity, attachments are typically omitted, but can be provided upon request.  Pursuant to Federal Rule of Appellate Procedure 25(a)(5), Federal Rule of Civil Procedure 5.2, and Title 18, California Code of Regulations, section 5573, the SBE has redacted from five exhibits certain potentially private information pertaining to Mr. Hyatt or third parties.  Specifically, the SBE has redacted Mr. Hyatt's telephone number, FTB account number and birth date, and the home addresses and medical information of third parties.

Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, informing Mr. Hyatt that his appeals for tax years 1991 and 1992 have been separated into two appeals, granting Mr. Hyatt's request for extensions until August 25, 2008 to file his opening briefs, and reminding Mr. Hyatt that he can avoid additional accumulation of interest by paying the proposed additional tax and accrued penalties and interest.

7.      Attached hereto as Exhibit 5 is a true and correct copy from the SBE's official record on appeal of June 9, 2008 letters from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting permission to file opening briefs in excess of 30 pages and not to exceed 100 pages due in part to the complexity of legal and factual issues involved and complication by the tort action in Nevada involving Mr. Hyatt and the FTB.

8.      Attached hereto as Exhibit 6 is a true and correct copy from the SBE's official record on appeal of June 18, 2008 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, allowing Mr. Hyatt to file opening briefs of 60, rather than 30, pages.

9.      Attached hereto as Exhibit 7 is a true and correct copy from the SBE's official record on appeal of June 30, 2008 letters from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting

additional extensions of 90 days beyond August 25, 2008, for filing Mr. Hyatt's opening briefs.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy from the SBE's official record on appeal of July 1, 2008 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, extending the time for Mr. Hyatt to file his opening briefs until September 29, 2008.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy from the SBE's official record on appeal of a July 2-3, 2008 email exchange between Eric Coffill, counsel for Mr. Hyatt, Diane Olson, Chief, Board Proceedings Division for the SBE, Sharon King, Appeals Analyst for the SBE, and Catherine Wurst, SBE employee, regarding correcting the extension for Mr. Hyatt to file his briefs to extend to 90 days after August 25, 2008.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy from the SBE's official record on appeal of a July 3, 2008 letter from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, extending the time for Mr. Hyatt to file his opening briefs until November 25, 2008.

13.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy from the SBE's official record on appeal of a November 10, 2008 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the

4

SBE, requesting permission to file an opening brief for tax year 1991 not to exceed 100 pages and an opening brief for tax year 1992 not to exceed 75 pages.

14.     Attached hereto as Exhibit 12 is a true and correct copy from the SBE's official record on appeal of a November 10, 2008 letter from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's request for permission to file an opening brief for tax year 1991 not to exceed 100 pages and an opening brief for tax year 1992 not to exceed 75 pages.

15.     Attached hereto as Exhibit 13 is a true and correct copy from the SBE's official record on appeal of a November 18, 2008 letter from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's November 17, 2008 telephonic request for an additional extension of the time for Mr. Hyatt to file his opening briefs to December 9, 2008.

16.     Attached hereto as Exhibit 14 is a true and correct copy from the SBE's official record on appeal of December 10, 2008 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, acknowledging the December 9, 2008 receipt of Mr. Hyatt's opening briefs and stating that FTB's opening briefs are due March 9, 2009.

17.     Attached hereto as Exhibit 15 is a true and correct copy from the SBE's official record on appeal of a January 27, 2009 letter from Robert Dunn, counsel for FTB, to Chief, Board Proceedings Division for the SBE, asserting that

5

Mr. Hyatt's opening briefs included new information and arguments never before presented to FTB including 26 newly sworn affidavits. Citing these reasons, the letter requests more than the standard 90 days allowed for filing an opening brief and requests that the matter be removed from the appeal calendar until FTB can complete its investigation of the new facts, which the FTB estimates will take approximately six to nine months.

18.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy from the SBE's official record on appeal of a February 3, 2009 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, objecting to FTB's request for an indeterminate extension of time in which to file its opening briefs based in part on the argument that FTB already had many years in which to conduct investigations, but stating he would not object to a fixed time extension in the range of four months.

19.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy from the SBE's official record on appeal of February 6, 2009 letters from Diane Olson, Chief, Board Proceedings Division for the SBE, to Robert Dunn, counsel for FTB, granting only a 90-day extension for the filing of FTB's opening briefs, to June 7, 2009.

20.     Attached hereto as <u>Exhibit 18</u> is a true and correct copy from the SBE's official record on appeal of a May 20, 2009 letter from Robert Dunn,

counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting a further 60-day extension for filing the FTB's opening briefs based on the arguments that the FTB was experiencing delays scheduling the depositions of six of Mr. Hyatt's new affiants based in part of Mr. Hyatt's refusal to assist in arranging the depositions and based on the "legal and factual complexity, and the enormous paper record" presented with Mr. Hyatt's opening briefs. The letter also requested an increase in the page limit for the briefs to a total of 300 pages.

21.     Attached hereto as <u>Exhibit 19</u> is a true and correct copy from the SBE's official record on appeal of a May 27, 2009 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, objecting to FTB's request for a 60-day extension of time in which to file its opening briefs based in part on the argument that FTB failed to show reasonable cause for the requested extension. The letter also objects to FTB's request to file opening briefs totaling 300 pages, but requests that, if the request is granted, Mr. Hyatt be permitted to file reply briefs totaling 300 pages.

22.     Attached hereto as <u>Exhibit 20</u> is a true and correct copy from the SBE's official record on appeal of a May 29, 2009 letter from Diane Olson, Chief, Board Proceedings Division for the SBE, to Robert Dunn, counsel for FTB, granting an extension until July 28, 2009 for the filing of FTB's opening briefs and allowing briefing not to exceed 175 pages.

23.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy from the SBE's official record on appeal of a July 15, 2009 letter from Robert Dunn, counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting a further extension to September 1, 2009 for filing the FTB's opening briefs based on the arguments that two of Mr. Hyatt's affiants requested that their depositions be moved to August 2009.

24.     Attached hereto as <u>Exhibit 22</u> is a true and correct copy from the SBE's official record on appeal of a July 16, 2009 letter, including enclosures, from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, opposing FTB's request for an extension until September 1, 2009 in which to file its opening briefs, based in part on the argument that FTB failed to timely schedule the depositions FTB cited as a basis for the requested extension.  The letter requested that, in the event the extension was granted, FTB be granted no further extensions.

25.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy from the SBE's official record on appeal of a July 15, 2009 letter from Robert Dunn, counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, stating that Mr. Hyatt's argument that FTB was at fault for the delay in scheduling two depositions was a material misrepresentation.

26. Attached hereto as <u>Exhibit 24</u> is a true and correct copy from the SBE's official record on appeal of a July 16, 2009 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, disputing FTB's argument that the delay in scheduling depositions was Mr. Hyatt's fault.

27. Attached hereto as <u>Exhibit 25</u> is a true and correct copy from the SBE's official record on appeal of a July 17, 2009 letter from Diane Olson, Chief, Board Proceedings Division for the SBE, to Robert Dunn, counsel for FTB, granting an extension until September 1, 2009 for the filing of FTB's opening briefs.

28. Attached hereto as <u>Exhibit 26</u> is a true and correct copy from the SBE's official record on appeal of September 18, 2009 letters from Diane Olson, Chief, Board Proceedings Division for the SBE, to Eric Coffill, counsel for Mr. Hyatt, stating that if Mr. Hyatt wishes to file reply briefs, they should be filed by October 18, 2009, and should not exceed 30 pages.

29. Attached hereto as <u>Exhibit 27</u> is a true and correct copy from the SBE's official record on appeal of September 29, 2009 letters from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting a 180-day extension for filing reply briefs based arguments including that the FTB included new facts in its opening briefs and that FTB

9

received extensions for its opening briefs totaling 176 days. The letters also request that Mr. Hyatt be permitted to file 100-page reply briefs.

30. Attached hereto as Exhibit 28 is a true and correct copy from the SBE's official record on appeal of an October 1, 2009 letter from Robert Dunn, counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting that the SBE impose reasonable limits on Mr. Hyatt's request for an extension and increased page limits. The letter also renews a prior request to consolidate the appeals of the 1991 and 1992 tax years and states that FTB is willing to stipulate to a pre-hearing conference before Mr. Hyatt's reply briefs are filed.

31. Attached hereto as Exhibit 29 is a true and correct copy from the SBE's official record on appeal of an October 2, 2009 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, objecting to consolidation and an early pre-hearing conference.

32. Attached hereto as Exhibit 30 is a true and correct copy from the SBE's official record on appeal of October 13, 2009 letters from Diane Olson, Chief, Board Proceedings Division for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's requests for extensions until April 18, 2010 for filing reply briefs and granting his requests for permission to file 100-page reply briefs.

10

33.    Attached hereto as <u>Exhibit 31</u> is a true and correct copy from the SBE's official record on appeal of a March 11, 2010 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting a further 60-day extension beyond April 18, 2010 for filing reply briefs based on various reasons.

34.    Attached hereto as <u>Exhibit 32</u> is a true and correct copy from the SBE's official record on appeal of March 11, 2010 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's request for extensions until June 17, 2010 to file his reply briefs and reminding Mr. Hyatt that he can avoid additional accumulation of interest by paying the unpaid balance.

35.    Attached hereto as <u>Exhibit 33</u> is a true and correct copy from the SBE's official record on appeal of a March 23, 2010 letter from Robert Dunn, counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, responding to Mr. Hyatt's arguments in favor of a further 60-day extension and stating that FTB anticipates needing to file a reply brief and requesting a due date in or around December 2010.

36.    Attached hereto as <u>Exhibit 34</u> is a true and correct copy from the SBE's official record on appeal of a May 17, 2010 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE,

11

requesting a further 60-day extension beyond June 17, 2010 for filing reply briefs based on various reasons and informing SBE that FTB does not object to the extension request.

37.    Attached hereto as <u>Exhibit 35</u> is a true and correct copy from the SBE's official record on appeal of May 20, 2010 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's request for extensions until August 16, 2010 to file his reply briefs and reminding Mr. Hyatt that he can avoid additional accumulation of interest by paying the unpaid balance.

38.    Attached hereto as <u>Exhibit 36</u> is a true and correct copy from the SBE's official record on appeal of an August 10-11, 2010 email exchange between Eric Coffill, counsel for Mr. Hyatt, Diane Olson, Chief, Board Proceedings Division for the SBE, and Robert Dunn, counsel for FTB, in which Mr. Hyatt requested a further seven-day extension for filing his reply briefs, FTB stated it had no objection to the request, and SBE granted Mr. Hyatt's requested extension.

39.    Attached hereto as <u>Exhibit 37</u> is a true and correct copy from the SBE's official record on appeal of August 11, 2010 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's request for extensions until August 23, 2010 to file his reply briefs and

reminding Mr. Hyatt that he can avoid additional accumulation of interest by paying the unpaid balance.

40. Attached hereto as <u>Exhibit 38</u> is a true and correct copy from the SBE's official record on appeal of August 26, 2010 letters from Sharon King, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, acknowledging receipt of Mr. Hyatt's reply briefs and stating that FTB has 15 days in which to seek permission to file a supplemental brief.

41. Attached hereto as <u>Exhibit 39</u> is a true and correct copy from the SBE's official record on appeal of a September 1, 2010 letter from Robert Dunn, counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting permission to file 100-page reply briefs by June 30, 2011, based on arguments including that Mr. Hyatt's reply briefs included 34 new affidavits, hundreds of new documents, and new arguments and evidence including new calendars and narratives regarding his residency in 1991 and 1992. The letter states that Mr. Hyatt has no objection to the requests and that FTB will have no objection to Mr. Hyatt receiving comparable time and page limits for supplemental briefs.

42. Attached hereto as <u>Exhibit 40</u> is a true and correct copy from the SBE's official record on appeal of September 29, 2010 letters from Sharon King,

13

Appeals Analyst for the SBE, to Robert Dunn, counsel for FTB, granting FTB permission to file 100-page reply briefs by June 30, 2011.

43.    Attached hereto as <u>Exhibit 41</u> is a true and correct copy from the SBE's official record on appeal of an April 22, 2011 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, stating that Mr. Hyatt is concerned that FTB has delayed seeking to take depositions in advance of the deadline for filing its reply briefs and that Mr. Hyatt will oppose any requests by FTB for extensions for filing its reply briefs on any ground.

44.    Attached hereto as <u>Exhibit 42</u> is a true and correct copy from the SBE's official record on appeal of an April 28, 2011 letter from Robert Dunn, counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, addressing what FTB characterizes as misrepresentations in Eric Coffill's April 22, 2011 letter regarding FTB's attempts to take depositions.

45.    Attached hereto as <u>Exhibit 43</u> is a true and correct copy from the SBE's official record on appeal of a June 17, 2011 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, stating that FTB has taken actions suggesting it will conduct discovery after the June 30, 2011 deadline for filing its reply briefs and that Mr. Hyatt will oppose any requests by FTB for extensions for filing its reply briefs on any ground.

14

46.     Attached hereto as <u>Exhibit 44</u> is a true and correct copy from the SBE's official record on appeal of a July 5, 2011 letter from Eric Coffill, counsel for Mr. Hyatt, to Catherine Wurst, Manager, Board Proceedings Division for the SBE, requesting a ten-month extension for Mr. Hyatt to file 100-page supplemental briefs.

47.     Attached hereto as <u>Exhibit 45</u> is a true and correct copy from the SBE's official record on appeal of July 5, 2011 letters from Jimisa Brown, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt permission to file 100-page reply briefs by May 5, 2012.

48.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy from the SBE's official record on appeal of a July 8, 2011 letter from Eric Coffill, counsel for Mr. Hyatt, to Diane Olson, Chief, Board Proceedings Division for the SBE, requesting that FTB not be permitted to file any further briefs after the filing of Mr. Hyatt's supplemental briefs.

49.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy from the SBE's official record on appeal of a July 18, 2011 letter from Diane Olson, Chief, Board Proceedings Division for the SBE, to Eric Coffill, counsel for Mr. Hyatt, stating that briefing is governed by the SBE's Rules for Tax Appeals.

50.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy from the SBE's official record on appeal of a July 18, 2011 letter from Robert Dunn,

15

counsel for FTB, to Diane Olson, Chief, Board Proceedings Division for the SBE, objecting to Mr. Hyatt's request for a preemptive order blocking additional briefing and notifying SBE that FTB has been attempting to obtain relevant evidence and testimony from U.S. Philips Corporation ("Philips") in New York pursuant to subpoenas, but that Mr. Hyatt recently indicated he will seek to quash the subpoenas.

51.     Attached hereto as Exhibit 49 is a true and correct copy from the SBE's official record on appeal of an April 6, 2012 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting a 45-day extension for filing Mr. Hyatt's supplemental briefs due to May 7, 2012 oral argument before the Nevada Supreme Court in the Nevada civil dispute between Mr. Hyatt and FTB and stating that FTB does not oppose the request.

52.     Attached hereto as Exhibit 50 is a true and correct copy from the SBE's official record on appeal of an April 13, 2012 letter from Jimisa Brown, Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr. Hyatt's requested extension to June 19, 2012 for filing supplemental briefs, and reminding Mr. Hyatt that that he can avoid additional accumulation of interest by paying the unpaid balance.

16

53.     Attached hereto as <u>Exhibit 51</u> is a true and correct copy from the
SBE's official record on appeal of a May 16, 2012 letter from Eric Coffill, counsel
for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the
SBE, requesting an additional 30-day extension for filing Mr. Hyatt's
supplemental briefs and stating that FTB does not oppose the request.

54.     Attached hereto as <u>Exhibit 52</u> is a true and correct copy from the
SBE's official record on appeal of a May 23, 2012 letter from Jimisa Brown,
Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr.
Hyatt's requested extension to July 19, 2012 for filing supplemental briefs, and
reminding Mr. Hyatt that that he can avoid additional accumulation of interest by
paying the unpaid balance.

55.     Attached hereto as <u>Exhibit 53</u> is a true and correct copy from the
SBE's official record on appeal of a July 11, 2012 letter from Eric Coffill, counsel
for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the
SBE, requesting an additional six-day extension for filing Mr. Hyatt's
supplemental briefs and stating that FTB does not oppose the request.

56.     Attached hereto as <u>Exhibit 54</u> is a true and correct copy from the
SBE's official record on appeal of a July 16, 2012 letter from Jimisa Brown,
Appeals Analyst for the SBE, to Eric Coffill, counsel for Mr. Hyatt, granting Mr.
Hyatt's requested extension to July 25, 2012 for filing supplemental briefs, and

reminding Mr. Hyatt that that he can avoid additional accumulation of interest by paying the unpaid balance.

57.     Attached hereto as <u>Exhibit 55</u> is a true and correct copy from the SBE's official record on appeal of August 10, 2012 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting that the SBE set hearings as expeditiously as possible.

58.     Attached hereto as <u>Exhibit 56</u> is a true and correct copy from the SBE's official record on appeal of an August 21, 2012 letter from Robert Dunn, counsel for FTB, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting: an opportunity to respond to Mr. Hyatt's new evidence and argument, including 93 recently executed declarations and affidavits submitted with Mr. Hyatt's supplemental briefs, with a 30-page brief to be submitted in approximately 90 days; consolidation of the appeals; and a pre-hearing conference.

59.     Attached hereto as <u>Exhibit 57</u> is a true and correct copy from the SBE's official record on appeal of an August 24, 2012 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the SBE, opposing FTB's requests for additional briefing, consolidation of the appeals, and a pre-hearing conference.

60.     Attached hereto as <u>Exhibit 58</u> is a true and correct copy from the SBE's official record on appeal of an August 29, 2012 letter from Eric Coffill,

counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting that the SBE return 7,227 documents obtained from Philips that were provided by FTB or place such documents under seal until the New York court decides on Mr. Hyatt's challenges to the discovery of those documents.

61.     Attached hereto as <u>Exhibit 59</u> is a true and correct copy from the SBE's official record on appeal of a September 19, 2012 letter from Joann Richmond, Chief, Board Proceedings Division for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, stating that SBE will review the record to determine whether additional briefing is needed and that the Philips documents provided by FTB will remain unopened until October 10, 2012 to allow Hyatt and FTB to pursue any legal remedies regarding the same.

62.     Attached hereto as <u>Exhibit 60</u> is a true and correct copy from the SBE's official record on appeal of an October 4, 2012 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting expedited hearings of the appeals.

63.     Attached hereto as <u>Exhibit 61</u> is a true and correct copy from the SBE's official record on appeal of an October 5, 2012 letter from Robert Dunn, counsel for FTB, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting that SBE return to FTB the previously provided Philips documents pursuant to a court order obtained by Mr. Hyatt in New York and

19

requesting confirmation that Mr. Hyatt's request for an expedited oral hearing has been denied.

64.     Attached hereto as <u>Exhibit 62</u> is a true and correct copy from the SBE's official record on appeal of a October 15, 2012 letter from Joann Richmond, Chief, Board Proceedings Division for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, stating that SBE will not schedule oral hearing until the SBE has reviewed the over 32,000-page record and determined whether briefing on file adequately addresses all relevant factual and legal issues, that the SBE will review the withdrawn Philips documents if they are re-submitted to make such determination, and that the SBE shares in the desire that the appeals be resolved as expeditiously as possible.

65.     Attached hereto as <u>Exhibit 63</u> is a true and correct copy from the SBE's official record on appeal of a January 17, 2013 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, stating SBE requests additional briefing, pursuant to the SBE's Rules for Tax Appeals, from FTB on an allegation by Mr. Hyatt that the FTB's 1992 Notice of Action contains a $24 million calculation error to be filed by February 19, 2013, with a reply by Mr. Hyatt to be filed within 30 days after SBE's acknowledgment of receipt of FTB's brief.  The letter also notes that the volume of the evidentiary record is unprecedented, that the final

briefs by Mr. Hyatt included 93 affidavits and declarations that FTB has not had the opportunity to brief, that Mr. Hyatt recently submitted over 500 pages of new evidence that FTB has not had the opportunity to brief, and that the SBE may request additional briefing. The letter notes that the SBE cannot determine whether the briefing on file adequately addresses all relevant factual and legal issues until the New York litigation regarding the Philips documents has been resolved and any available documents provided, and urges the parties to bring the New York litigation to a close and consider a resolution by which some portion of the Philips documents, perhaps with redactions, could be provided to SBE.

66. Attached hereto as <u>Exhibit 64</u> is a true and correct copy from the SBE's official record on appeal of a January 24, 2013 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division for the SBE, requesting that the FTB not be allowed any extensions on the additional briefing requested of FTB.

67. Attached hereto as <u>Exhibit 65</u> is a true and correct copy from the SBE's official record on appeal of a February 25, 2013 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, requesting additional briefing to obtain information regarding the next steps in the New York litigation and to facilitate a fair and timely resolution of the dispute regarding the Philips documents. The

letter requests briefs from each party by March 28, 2013 including the status of the New York litigation and containing a good faith offer to compromise the New York litigation and expedite the appeals, followed by additional briefs from each party 30 days later responding to the offers of compromise.

68.     Attached hereto as <u>Exhibit 66</u> is a true and correct copy from the SBE's official record on appeal of a March 4, 2013 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, allowing FTB until March 11, 2013 to file a replacement of its brief filed February 19, 2013, and allowing Mr. Hyatt until April 10, 2013 to file a reply brief.

69.     Attached hereto as <u>Exhibit 67</u> is a true and correct copy from the SBE's official record on appeal of a May 3, 2013 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating that Mr. Hyatt does not object to supplemental briefing of the Philips documents at the appropriate time, noting that discussions are ongoing in New York regarding which documents may be provided, and proposing consecutive briefing limited to the 3,300 pages of Philips documents that Mr. Hyatt contends are compliant with the New York court's ruling.

70.     Attached hereto as <u>Exhibit 68</u> is a true and correct copy from the SBE's official record on appeal of a May 7, 2013 letter from Robert Dunn, counsel

for FTB, to Grant Thompson, Tax Counsel IV for the SBE, stating that FTB cannot forgo submission of Philips documents, that FTB will consider redactions of content from the Philips documents that are unnecessary in deciding the issues on appeal, and proposing simultaneous supplemental briefing on the Philips documents, which FTB states can be completed within 120 days, barring unforeseen events, including further litigation concerning the Philips documents.

71. Attached hereto as Exhibit 69 is a true and correct copy from the SBE's official record on appeal of a May 16, 2013 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating that FTB is not entitled to use in the appeals approximately 1,500 pages of Philips documents that are the subject of a hearing in New York state court scheduled for June 24, 2013.

72. Attached hereto as Exhibit 70 is a true and correct copy from the SBE's official record on appeal of a May 16, 2013 email from Robert Dunn, counsel for FTB, to Grant Thompson, Tax Counsel IV for the SBE, stating that briefing on the Philips documents should not commence due to a motion filed by Mr. Hyatt in New York seeking to block use in the appeals of Philips documents designated by Mr. Hyatt as prohibited.

73. Attached hereto as Exhibit 71 is a true and correct copy from the SBE's official record on appeal of a May 23, 2013 letter from Robert Dunn,

counsel for FTB, to Grant Thompson, Tax Counsel IV for the SBE, requesting that SBE not schedule additional briefing until Mr. Hyatt's latest New York litigation regarding the use of Philips documents is resolved.

74.    Attached hereto as <u>Exhibit 72</u> is a true and correct copy from the SBE's official record on appeal of a May 30, 2013 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, disputing FTB's characterization of the New York litigation and requesting that consecutive briefing of the Philips documents not in dispute begin.

75.    Attached hereto as <u>Exhibit 73</u> is a true and correct copy from the SBE's official record on appeal of a June 12, 2013 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, stating that it would be inefficient and confusing to begin further briefing involving the Philips documents while the New York litigation continues.  The letter states that the SBE will therefore request additional briefing, pursuant to the SBE's Rules for Tax Appeals, once until the New York litigation is concluded or the parties reach agreement regarding which documents may be produced.

76.    Attached hereto as <u>Exhibit 74</u> is a true and copy from the SBE's official record on appeal of a February 18, 2014 email from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, requesting a joint

24

submission, stating that the SBE anticipates a further joint submission of documents when the remaining disputes regarding Philips documents are resolved and requesting an estimate of when the New York litigation will resolve the remaining documents.

77.    Attached hereto as <u>Exhibit 75</u> is a true and copy from the SBE's official record on appeal of a March 12, 2014 email from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, requesting an update on the status of the parties' joint submission of Philips documents and the New York litigation.

78.    Attached hereto as <u>Exhibit 76</u> is a true and copy from the SBE's official record on appeal of an April 23, 2014 email conversation between Grant Thompson, Tax Counsel IV for the SBE, Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, in which SBE requested confirmation that the New York litigation regarding production of the Philips document had concluded and FTB stated its position that the New York litigation had concluded.

79.    Attached hereto as <u>Exhibit 77</u> is a true and correct copy from the SBE's official record on appeal of a April 23, 2014 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, requesting a joint submission of Philips documents and submission of an unredacted version of FTB's prior brief (to the extent allowed by

25

the New York court) by May 22, 2014, additional 30-page briefs by FTB

addressing the Philips documents and any additional arguments by June 23, 2014,

30-page reply briefs by Mr. Hyatt by July 23, 2014, and 20-page concluding

summaries from each party by July 23, 2014. The letter also stated that this

schedule is intended to facilitate an oral hearing during the SBE's meeting

beginning October 14, 2014 in Culver City.

80.     Attached hereto as <u>Exhibit 78</u> is a true and correct copy from the

SBE's official record on appeal of an April 29, 2014 letter from Eric Coffill,

counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating

that the FTB had an appeal pending in New York and that on March 13, 2014 the

FTB was granted permission to reargue portions of the New York court's October

7, 2013 order, and that the New York litigation is therefore not final. The letter

further stated that the May 22, 2014 due date set by the SBE for joint submission

of Philips documents is therefore problematic and that Mr. Hyatt cannot possibly

be limited to a response time of 30 days and to two 30-page briefs in which to

respond to the FTB's additional briefing.

81.     Attached hereto as <u>Exhibit 79</u> is a true and correct copy from the

SBE's official record on appeal of a April 30, 2014 letter from Robert Dunn,

counsel for FTB, to Grant Thompson, Tax Counsel IV for the SBE, stating that

FTB is not appealing the New York court's order, that the New York case is

concluded unless Mr. Hyatt attempts to use the court to further limit the use of the Philips documents before the SBE, and that FTB has no objection to the schedule set forth in Grant Thompson's April 23, 2014 letter.

82.   Attached hereto as Exhibit 80 is a true and correct copy from the SBE's official record on appeal of a May 1, 2014 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, stating that the deadlines set in his April 23, 2014 letter remain applicable, stating that Mr. Hyatt can request an extension of the May 22, 2014 deadline if he explains the steps taken to meet it, why it cannot be met, and how much more time is needed.  The letter states that Mr. Hyatt may request additional time and pages for briefing, but must state the number of additional pages and amount of time requested and explain why the request is reasonable. Finally, the letter urges Mr. Hyatt and FTB to work to resolve or narrow any disputes regarding which Philips documents can be submitted pursuant to the New York court orders.

83.   Attached hereto as Exhibit 81 is a true and correct copy from the SBE's official record on appeal of a May 7, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating that Mr. Hyatt estimates he will need 120 days following FTB's June 23, 2014 briefs and will need 60 pages per brief.

27

84.     Attached hereto as <u>Exhibit 82</u> is a true and copy from the SBE's official record on appeal of a May 14-15, 2014 email conversation between Grant Thompson, Tax Counsel IV for the SBE, Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, in which FTB states it has no objection to Mr. Hyatt's request for an extension of time for his additional briefing, but that the parties should have the same page limits. FTB also requests a 30-day extension beyond June 23, 2014 for FTB to file its additional briefing in light of the work required and proceedings in Mr. Hyatt's federal lawsuit against FTB and SBE. Mr. Coffill replies that FTB has no objection to SBE receiving an additional 30 days as long as Mr. Hyatt is then given an additional 60 days to file his briefs. Mr. Hyatt reiterates his position that he should be allowed to file briefs twice as long as FTB's. SBE responds that the deadlines and page limits set forth in its April 23, 2014 letter remain applicable, and that the SBE will respond to the parties' requests for additional time and pages after the parties' joint submission of Philips documents, which should occur by May 22, 2014.

85.     Attached hereto as <u>Exhibit 83</u> is a true and correct copy from the SBE's official record on appeal of a May 27, 2014 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, stating that the parties have not made a joint submission of Philips documents they agree can be submitted pursuant to the New York court

28

rulings, and requesting that they do so by June 3, 2014. The letter also states that FTB may provide a separate DVD with additional documents that it believes may be submitted pursuant to the New York court rulings, but which Mr. Hyatt challenges.

86.     Attached hereto as <u>Exhibit 84</u> is a true and copy from the SBE's official record on appeal of a May 29-30, 2014 email conversation between Grant Thompson, Tax Counsel IV for the SBE, Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, in which Mr. Coffill states it will not be possible to meet the June 3, 2014 deadline for a joint submission of documents.

87.     Attached hereto as <u>Exhibit 85</u> is a true and correct copy from the SBE's official record on appeal of a June 13, 2014 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, confirming SBE's receipt and acceptance of various submissions including submission by FTB of two DVDs containing Philips documents. The letter notes that Mr. Hyatt may raise objections to any of the submitted Philips documents in his reply briefs and at oral hearings. The letter also sets the following schedule: FTB's additional 60-page briefs are due by July 16, 2014, Mr. Hyatt's 60-page reply briefs are due by December 16, 2014, and the parties' 20-page concluding summaries are due by December 16, 2014. Finally, the letter states that, following receipt of the briefing, the appeals will be

scheduled for the first available Sacramento SBE hearing in or after March 2015, in accordance with Mr. Hyatt's request that the hearings be held in Sacramento.

88.     Attached hereto as <u>Exhibit 86</u> is a true and correct copy from the SBE's official record on appeal of a July 2, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating that the schedule set forth by the SBE would not permit Mr. Hyatt to provide linked versions of his reply briefs due December 16, 2014, and requesting that the deadline for FTB's concluding summary be moved up to November 16, 2014, with Mr. Hyatt's to follow on December 16, 2014.

89.     Attached hereto as <u>Exhibit 87</u> is a true and correct copy from the SBE's official record on appeal of an August 14, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, objecting to FTB's request to replace its earlier electronic filings with its July 16, 2014 DVD submission.

90.     Attached hereto as <u>Exhibit 88</u> is a true and correct copy from the SBE's official record on appeal of a September 3, 2014 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, discussing FTB's request to replace its prior filings with filings that include additional redactions and requesting that FTB provide a list of redactions by September 12, 2014 and address concerns raised by

Mr. Hyatt regarding the explanations. The letter directs Mr. Hyatt to respond by September 22, 2014 whether the changes listed by FTB should be accepted. The letter rejects Mr. Hyatt's request that FTB's concluding summaries be due earlier than his own and requests that Mr. Hyatt provide linked versions of his briefs on December 16, 2014, or as soon thereafter as possible.

91. Attached hereto as <u>Exhibit 89</u> is a true and correct copy from the SBE's official record on appeal of a September 5-9, 2014 email conversation between Eric Coffill, counsel for Mr. Hyatt, and Grant Thompson, Tax Counsel IV for the SBE, in which Mr. Hyatt requests an extension from September 22, 2014 to October 1, 2014 for responding to FTB's proposed redactions, and SBE grants the requested extension.

92. Attached hereto as <u>Exhibit 90</u> is a true and correct copy from the SBE's official record on appeal of a Motion to Strike and Request for Sanctions filed by Mr. Hyatt on September 11, 2014, including a cover letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings for the SBE, requesting an expeditious ruling on the motion.

93. Attached hereto as <u>Exhibit 91</u> is a true and correct copy from the SBE's official record on appeal of a September 23, 2014 email from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt,

and Robert Dunn, counsel for FTB, requesting FTB's response, if any, to Mr. Hyatt's Motion to Strike by October 13, 2014.

94.     Attached hereto as Exhibit 92 is a true and correct copy from the SBE's official record on appeal of a September 26, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting the right to file a closing brief in response to FTB's reply to Mr. Hyatt's Motion to Strike and requesting that the December 16, 2014 deadline for Mr. Hyatt's reply brief and concluding summaries be vacated pending the SBE's ruling on Mr. Hyatt's Motion to Strike.

95.     Attached hereto as Exhibit 93 is a true and correct copy from the SBE's official record on appeal of an October 8, 2014 letter from Robert Dunn, counsel for FTB, to Grant Thompson, Tax Counsel IV for the SBE, contending that Mr. Hyatt's Motion to Strike constitutes unsolicited briefing in violation of SBE rules and objecting to Mr. Hyatt's request to vacate the December 16, 2014 deadlines.

96.     Attached hereto as Exhibit 94 is a true and correct copy from the SBE's official record on appeal of an October 8, 2014 email conversation between Grant Thompson, Tax Counsel IV for the SBE, Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, in which the SBE requests Mr. Hyatt's

response, if any, to Mr. Dunn's October 8, 2014 letter regarding Mr. Hyatt's Motion to Strike by November 10, 2014.

97.     Attached hereto as <u>Exhibit 95</u> is a true and correct copy from the SBE's official record on appeal of a October 13, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting a ruling by the SBE on Mr. Hyatt's Motion to Strike, reiterating Mr. Hyatt's request that the December 16, 2014 deadline for his final briefing and concluding summaries be vacated, and requesting that FTB identify changes made from prior filings before being allowed to submit replacement filings.

98.     Attached hereto as <u>Exhibit 96</u> is a true and correct copy from the SBE's official record on appeal of an October 21, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting that FTB not be permitted to submit any replacement DVDs with Philips documents until a ruling on Mr. Hyatt's Motion to Strike.

99.     Attached hereto as <u>Exhibit 97</u> is a true and correct copy from the SBE's official record on appeal of an October 22-24, 2014 email conversation between Eric Coffill, counsel for Mr. Hyatt, and Grant Thompson, Tax Counsel IV for the SBE, in which Mr. Hyatt requests a ruling on the request to vacate the December 16, 2014 deadlines.  SBE responds that it is evaluating the various pending requests, and anticipates responding within two weeks.

100. Attached hereto as <u>Exhibit 98</u> is a true and correct copy from the SBE's official record on appeal of an October 31, 2014 letter from Robert Dunn, counsel for FTB, to Grant Thompson, Tax Counsel IV for the SBE, noting that both parties intend to provide replacement DVDs to the SBE, requesting an opportunity to prepare a document showing changes between the replacement DVD and earlier versions, requesting 75 days in which to submit the final superseding DVD and the list of changes, and withdrawing FTB's objection to Mr. Hyatt's request to vacate the December 16, 2014 due date for his additional briefing and concluding summaries, while requesting that the extension be reasonable and also be applied to the deadline for FTB's concluding summaries.

101. Attached hereto as <u>Exhibit 99</u> is a true and correct copy from the SBE's official record on appeal of a November 3, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting that FTB not be permitted to submit any replacement DVD with Philips documents or list of changes until after the SBE rules on Mr. Hyatt's Motion to Strike and requesting that the SBE formally vacate the December 16, 2014 deadlines with a new briefing schedule to be set after SBE rules on Mr. Hyatt's Motion to Strike and FTB submits its replacement briefing.

102. Attached hereto as <u>Exhibit 100</u> is a true and correct copy from the SBE's official record on appeal of a November 5, 2014 letter from Grant

34

Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, allowing each party to submit replacement filings with no material changes other than redactions and a list of changes by January 14, 2015, setting the deadline for Mr. Hyatt's reply briefs and the parties' concluding summaries as the earlier of 90 days following the replacement submissions or April 14, 2015. The letter stated that, in light of the fact replacement filings would be made, Mr. Hyatt's Motion to Strike is moot, and that evidentiary objections may be raised in Mr. Hyatt's reply briefs and concluding summaries, and at oral argument. Finally, the letter urges the parties to avoid further procedural disputes.

103. Attached hereto as <u>Exhibit 101</u> is a true and correct copy from the SBE's official record on appeal of a November 20, 2014 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, objecting to the SBE's determination that Mr. Hyatt's Motion to Strike was moot and requesting that the SBE address the merits of his Motion to Strike.

104. Attached hereto as <u>Exhibit 102</u> is a true and correct copy from the SBE's official record on appeal of a December 9, 2014 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, denying the renewed request for a ruling on Mr. Hyatt's Motion to Strike and reiterating that such objections can be raised in

35

Mr. Hyatt's reply briefs and concluding summaries and at oral argument, and urging the parties to avoid further procedural disputes.

105.   Attached hereto as Exhibit 103 is a true and correct copy from the SBE's official record on appeal of a February 4, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings for the SBE, enclosing a Supplemental Motion to Strike, requesting a ruling on that and Mr. Hyatt's September 11, 2014 Motion to Strike, and stating that Mr. Hyatt cannot respond to FTB's filing of replacement briefs until after the SBE rules on the motions.

106.   Attached hereto as Exhibit 104 is a true and correct copy from the SBE's official record on appeal of a February 13, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings for the SBE, and Grant Thompson, Tax Counsel IV for the SBE, objecting to FTB's February 12, 2015 filing of a replacement DVD and requesting until February 23, 2015 to respond to the replacement DVD and provide thoughts on how the replacement DVD affects Mr. Hyatt's pending Motion to Strike and Supplemental Motion to Strike.

107.   Attached hereto as Exhibit 105 is a true and correct copy from the SBE's official record on appeal of a February 13, 2015 email conversation between Eric Coffill, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for

36

the SBE, and Joann Richmond, Chief, Board Proceedings for the SBE, in which the SBE grants Mr. Hyatt's request to respond to FTB's replacement submission by February 23, 2015.

108. Attached hereto as Exhibit 106 is a true and correct copy from the SBE's official record on appeal of a February 23, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings for the SBE, enclosing Mr. Hyatt's Second Supplemental Motion to Strike seeking to strike portions of FTB's briefings. The letter also requests an immediate ruling on the motion and two previously filed motions to strike, and states that Mr. Hyatt cannot prepare a reply to replacement briefs filed by the FTB until SBE rules on the motions.

109. Attached hereto as Exhibit 107 is a true and correct copy from the SBE's official record on appeal of a March 5, 2015 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and Robert Dunn, counsel for FTB, noting that the three instances Mr. Hyatt cites of FTB submissions referring to or containing suppressed Philips documents are not apparently material or prejudicial to Mr. Hyatt, declining to strike FTB's briefing as requested by Mr. Hyatt for reasons including that such a remedy would result in over 5,000 Philips documents being in the record without briefing, and inviting the parties to assist in fashioning a practical remedy that would address Mr. Hyatt's

37

concerns while not foreclosing the SBE's ability to obtain briefing. The letter requests a response from FTB by March 17, 2015 regarding how the materials cited by Mr. Hyatt came to be in its recent replacement filings and how FTB proposes to resolve Mr. Hyatt's concerns. The letter requests a response from Mr. Hyatt by March 30, 2015, and extends the due date for Mr. Hyatt's final briefs and FTB's concluding summaries from April 14, 2015 to July 7, 2015. Finally, the letter states that SBE has addressed all of Mr. Hyatt's motions to strike.

110. Attached hereto as Exhibit 108 is a true and correct copy from the SBE's official record on appeal of a March 30, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating that the New York state court has entered a temporary restraining order enjoining the FTB from filing any further materials in the SBE appeals unless FTB's New York counsel submits an affirmation confirming that any such filing complies with various suppression orders of the New York court and requesting that the SBE return FTB's January 14, 2015 and February 13, 2015 DVD and hard copy submissions of Philips documents to the FTB and order the FTB to refile a DVD with an affirmation consistent with the New York court's order.

111. Attached hereto as Exhibit 109 is a true and correct copy from the SBE's official record on appeal of an April 20, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE,

requesting a response to Mr. Hyatt's request that DVDs and briefs submitted by FTB be returned to FTB and that FTB be ordered to refile briefs with an affirmation consistent with the New York court's order.

112. Attached hereto as <u>Exhibit 110</u> is a true and correct copy from the SBE's official record on appeal of an April 20-May 15, 2015 email conversation between Eric Coffill, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, Robert Dunn, counsel for FTB, and Scott DePeel, counsel for FTB, in which SBE states that it will not respond to Mr. Hyatt's April 20, 2015 letter until the New York court rules on the issues raised by Mr. Hyatt. The SBE requests updates on the New York proceedings on April 30, 2015 and May 15, 2015; Mr. Hyatt's counsel responds in both instances that the New York court has not yet ruled.

113. Attached hereto as <u>Exhibit 111</u> is a true and correct copy from the SBE's official record on appeal of a June 3, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting a 90-day extension to October 7, 2015 for filing Mr. Hyatt's reply briefs and concluding summaries and noting that the New York court has not yet ruled on Mr. Hyatt's motion.

114. Attached hereto as <u>Exhibit 112</u> is a true and correct copy from the SBE's official record on appeal of a June 3- 4, 2015 email conversation between

39

Eric Coffill, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, William Hilson, counsel for FTB, and Scott DePeel, counsel for FTB, in which FTB responds to Mr. Hyatt's June 3, 2015 letter stating that FTB disagrees with Mr. Hyatt's characterization of the reasons for delay but does not object to Mr. Hyatt's request for an extension to October 7, 2015 for filing his reply briefs and concluding summaries, as long as FTB's deadline for filing concluding summaries is extended to the same date.  The SBE grants the requested extensions.

115.   Attached hereto as <u>Exhibit 113</u> is a true and correct copy from the SBE's official record on appeal of an August 12, 2015 email from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, stating that the New York court has not ruled on Mr. Hyatt's motion regarding Philips documents and stating that another extension of the deadline for Mr. Hyatt to file his reply briefs and concluding summaries will be likely.

116.   Attached hereto as <u>Exhibit 114</u> is a true and correct copy from the SBE's official record on appeal of an August 26, 2015 letter from Eric Coffill, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting a 120-day extension to February 4, 2016 for filing Mr. Hyatt's reply briefs and concluding summaries and noting that the New York court has not yet ruled on Mr. Hyatt's motion.

117.   Attached hereto as <u>Exhibit 115</u> is a true and correct copy from the SBE's official record on appeal of an August 26-September 12, 2015 email conversation between Eric Coffill, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, William Hilson, counsel for FTB, and Scott DePeel, counsel for FTB, in which SBE grants on August 27, 2015 Mr. Hyatt's requested extension to February 4, 2016 for filing his reply briefs and concluding summaries and extends the deadline for FTB to file its concluding summaries to the same date.  Then, on September 12, 2015, William Hilson writes on behalf of FTB that the New York court denied Mr. Hyatt's motion and vacated its interim requirement that FTB filings with the SBE require an attestation from FTB's New York counsel.

118.   Attached hereto as <u>Exhibit 116</u> is a true and correct copy from the SBE's official record on appeal of a September 23, 2015 letter from Grant Thompson, Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and William Hilson, counsel for FTB, requesting that FTB provide by October 23, 2015 a list of additional redactions to be made to its February 12, 2015 filing, with Mr. Hyatt to respond within 30 days with his agreement to FTB's list or any additional redactions or changes to the scope of FTB's redactions.  The letter states that following receipt of Mr. Hyatt's submission, the parties will have 30 days in which to discuss and seek agreement with regard to any disputed

redactions and to advise SBE of the result of their discussions. The letter states that the SBE will then redact items that the parties agree may be redacted, to the extent such redaction is administratively feasible and in compliance with applicable laws and regulations. Finally, the letter states that in the event the parties cannot agree with regard to the redaction of any items, they may provide argument on whether such items should be considered at the oral hearings.

119. Attached hereto as <u>Exhibit 117</u> is a true and correct copy from the SBE's official record on appeal of a November 3, 2015 email conversation between Eric Coffill, counsel for Mr. Hyatt, and Grant Thompson, Tax Counsel IV for the SBE, in which Mr. Hyatt requests and SBE grants a one-week extension to November 30, 2015 for Mr. Hyatt to respond to FTB's proposed redactions.

120. Attached hereto as <u>Exhibit 118</u> is a true and correct copy from the SBE's official record on appeal of a January 6, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, notifying the SBE that Mr. Hyatt retained Mr. Antolin as new counsel and requesting a 90-day extension to May 4, 2016 for the filing of Mr. Hyatt's additional briefs and concluding summaries due to Mr. Coffill's transfer to a new firm and the delays expected due to the transfer of Mr. Hyatt's files to the new firm.

121. Attached hereto as <u>Exhibit 119</u> is a true and correct copy from the SBE's official record on appeal of a January 7, 2016 email conversation between

Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, and William Hilson, counsel for FTB, in which Mr. Hyatt requests and SBE grants a one-week extension for Mr. Hyatt's response regarding his agreement as to documents and exhibits to be redacted.

122.   Attached hereto as <u>Exhibit 120</u> is a true and correct copy from the SBE's official record on appeal of a January 6-12, 2016 email conversation between Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, and William Hilson, counsel for FTB, in which FTB questions the need for, and SBE grants Mr. Hyatt's request for an extension until May 4, 2016 for filing his additional briefs and concluding summaries, as well as an extension to May 4, 2016 for FTB filing its concluding summaries.

123.   Attached hereto as <u>Exhibit 121</u> is a true and correct copy from the SBE's official record on appeal of a March 11, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, notifying SBE that Mr. Coffill no longer represents Mr. Hyatt in the appeals and requesting an additional 90-day extension for filing Mr. Hyatt's additional briefs and concluding summaries.

124.   Attached hereto as <u>Exhibit 122</u> is a true and correct copy from the SBE's official record on appeal of a March 11-24, 2016 email conversation between Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV

43

for the SBE, and William Hilson, counsel for FTB, regarding Mr. Hyatt's change

of counsel and in which the SBE grants Mr. Hyatt's request for an extension until

August 4, 2016 for filing his additional briefs and concluding summaries, as well

as an extension to August 4, 2016 for FTB filing its concluding summaries.

125.   Attached hereto as Exhibit 123 is a true and correct copy from the

SBE's official record on appeal of an April 21, 2016 letter from Grant Thompson,

Tax Counsel IV for the SBE, to Eric Coffill, counsel for Mr. Hyatt, and William

Hilson, counsel for FTB, enclosing a final redacted version of FTB's February 12,

2015 filing prepared by the SBE in an attempt to avoid or minimize further

disputes.  The letter states that to the extent the parties continue to disagree

regarding redactions, the parties may provide argument at the oral hearings

regarding whether such items should be considered and the weight to be placed on

such items.

126.   Attached hereto as Exhibit 124 is a true and correct copy from the

SBE's official record on appeal of a July 15, 2016 letter from Edwin Antolin,

counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE,

requesting an additional 30-day extension for filing Mr. Hyatt's additional briefs

and concluding summaries, which would apply to FTB's concluding summaries as

well.

44

127.   Attached hereto as <u>Exhibit 125</u> is a true and correct copy from the SBE's official record on appeal of a July 15- 27, 2016 email conversation between Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, Anthony Epolite, SBE employee, Joann Richmond, Chief, Board Proceedings for the SBE, and William Hilson, counsel for FTB, regarding Mr. Hyatt's request for an extension and in which SBE grants an extension for the filing of Mr. Hyatt's additional briefs and concluding summaries and the filing of FTB's concluding summaries to September 9, 2016.

128.   Attached hereto as <u>Exhibit 126</u> is a true and correct copy from the SBE's official record on appeal of an August 30, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting an additional 7-day extension for filing Mr. Hyatt's additional briefs and concluding summaries, and stating that FTB does not object to the request.

129.   Attached hereto as <u>Exhibit 127</u> is a true and correct copy from the SBE's official record on appeal of an August 30, 2016 email conversation between Grant Thompson, Tax Counsel IV for the SBE, Edwin Antolin, counsel for Mr. Hyatt, and William Hilson, counsel for FTB, in which the SBE grants Mr. Hyatt's requested extension to September 16, 2016 for the filing of Mr. Hyatt's additional briefs and concluding summaries and the filing of FTB's concluding summaries.

45

130.   Attached hereto as <u>Exhibit 128</u> is a true and correct copy from the SBE's official record on appeal of a September 13, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting on behalf of Mr. Hyatt and FTB an additional 5-day extension for filing Mr. Hyatt's additional briefs and concluding summaries and FTB's concluding summaries.

131.   Attached hereto as <u>Exhibit 129</u> is a true and correct copy from the SBE's official record on appeal of a September 13, 2016 email conversation between Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, and William Hilson, counsel for FTB, in which SBE grants the joint requested extension for the filing of Mr. Hyatt's additional briefs and concluding summaries and the filing of FTB's concluding summaries to September 21, 2016.

132.   Attached hereto as <u>Exhibit 130</u> is a true and correct copy from the SBE's official record on appeal of a September 19, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting on behalf of Mr. Hyatt an additional 7-day extension for filing Mr. Hyatt's additional briefs and concluding summaries and FTB's concluding summaries.

133.   Attached hereto as <u>Exhibit 131</u> is a true and correct copy from the SBE's official record on appeal of a September 19, 2016 email conversation

46

between Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV for the SBE, and William Hilson, counsel for FTB, in which FTB states its non-objection to Mr. Hyatt's requested 7-day extension and SBE grants the requested extension for the filing of Mr. Hyatt's additional briefs and concluding summaries and the filing of FTB's concluding summaries to September 28, 2016.

134.   Attached hereto as <u>Exhibit 132</u> is a true and correct copy from the SBE's official record on appeal of a September 28, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, enclosing Mr. Hyatt's three previously filed Motions to Strike and an additional Motion to Strike and Objection, and requesting that the Board rule on all four motions prior to holding hearings.

135.   Attached hereto as <u>Exhibit 133</u> is a true and correct copy from the SBE's official record on appeal of a September 28, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, enclosing Mr. Hyatt's additional briefs and concluding summaries, and requesting that the SBE set separate hearing dates for the two appeals as soon as possible.

136.   Attached hereto as <u>Exhibit 134</u> is a true and correct copy from the SBE's official record on appeal of an October 14, 2016 letter from Edwin Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE, requesting that the SBE review Mr. Hyatt's October 7, 2016 Objection and Motion

47

to Strike FTB's Concluding Summaries and stating that Mr. Hyatt intends to file a
supplement to the Objection and Motion to Strike by November 4, 2016.

137.   Attached hereto as Exhibit 135 is a true and correct copy from the
SBE's official record on appeal of an October 14, 2016 email conversation
between Edwin Antolin, counsel for Mr. Hyatt, Grant Thompson, Tax Counsel IV
for the SBE, and William Hilson, counsel for FTB, regarding the timing of FTB's
response to Mr. Hyatt's Objection and Motion to Strike and clarifying that Mr.
Hyatt requests the SBE take no action until he supplements the Objection and
Motion to Strike on March 4, 2016.

138.   Attached hereto as Exhibit 136 is a true and correct copy from the
SBE's official record on appeal of an October 20, 2016 letter from Grant
Thompson, Tax Counsel IV for the SBE, to Edwin Antolin, counsel for Mr. Hyatt,
and William Hilson, counsel for FTB, reiterating that the SBE's rules do not set
forth a motion practice by which a party can seek to exclude evidence prior to an
oral hearing, denying Mr. Hyatt's four Motions to Strike filed or re-filed on
September 28, 2016, reminding Mr. Hyatt of his opportunity to present arguments
regarding the evidence and briefing submitted by FTB at the oral hearing, stating
that FTB's concluding summaries substantially complied with SBE's directions,
denying Mr. Hyatt's Objection and Motion to Strike FTB's concluding summaries,
and providing Mr. Hyatt the opportunity to file in each appeal a 15-page brief

addressing any new evidence or arguments provided by the FTB with its

concluding summaries by November 21, 2016.

139. Attached hereto as <u>Exhibit 137</u> is a true and correct copy from the

SBE's official record on appeal of a November 10, 2016 letter from Edwin

Antolin, counsel for Mr. Hyatt, to Grant Thompson, Tax Counsel IV for the SBE,

and Joann Richmond, Chief, Board Proceedings Division of the SBE, requesting

that he be permitted to file a 30-page reply brief in each appeal and requesting a 3-

week extension until December 12, 2016 for filing the reply briefs.

140. Attached hereto as <u>Exhibit 138</u> is a true and correct copy from the

SBE's official record on appeal of a November 15, 2016 letter from Grant

Thompson, Tax Counsel IV for the SBE, to Edwin Antolin, counsel for Mr. Hyatt,

granting Mr. Hyatt's request to be permitted to file 30-page reply briefs and for an

extension to December 12, 2016

141. Attached hereto as <u>Exhibit 139</u> is a true and correct copy from the

SBE's official record on appeal of a January 4, 2017 letter from Edwin Antolin,

counsel for Mr. Hyatt, to Joann Richmond, Chief, Board Proceedings Division of

the SBE, acknowledging a December 30, 2016 telephone call from Claudia Lopez

notifying Mr. Antolin that the SBE intended to set the appeals for hearing on the

March 2017 calendar, and requesting a delay in the hearings until May 23-25,

2017 due to the travel plans of a member of Mr. Hyatt's team.

49

142.   Attached hereto as <u>Exhibit 140</u> is a true and correct copy from the SBE's official record on appeal of a January 6, 2017 letter from Joann Richmond, Chief, Board Proceedings Division of the SBE, Edwin Antolin, counsel for Mr. Hyatt, stating that the SBE will not schedule the appeals for the March 28-30 SBE meeting, and will strive to accommodate Mr. Hyatt's request for the hearings to be scheduled on the May 23-25, 2017 calendar.

143.   Attached hereto as <u>Exhibit 141</u> is a true and correct copy from the SBE's official record on appeal of the March 3, 2017 Notice of Board Hearing issued by SBE setting the hearings on Mr. Hyatt's appeals for May 23, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on *March 17, 2017* at *Berkeley, California* .

*Grant S. Thompson*

Grant S. Thompson

50

| 9th Circuit Case Number(s) | 15-15296 |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Mar 17, 2017 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Michael von Loewenfeldt

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format) |