# EXHIBIT 1

# EXHIBIT 1

## DECLARATION OF SCOTT W. DePEEL

I, Scott W. DePeel do hereby swear under penalty of perjury that the assertions of this declaration are true and correct.

1. I am over the age of eighteen (18) years. I have personal knowledge of the facts stated within this declaration. If called as a witness, I would be competent to testify to these facts.

2. I am Tax Counsel IV for the Franchise Tax Board of the State of California ("FTB"), Appellee in this case number 15-15296.

3. This declaration is offered in support of FTB's Motion for Judicial Notice (the "Motion"), which FTB is filing in response to the Court's February 24, 2017 Order.

4. In my position with FTB, I have personal knowledge of the documents filed in various administrative and court proceedings involving Appellant Gilbert Hyatt. These include Hyatt's ongoing appeals to the California Board of Equalization ("SBE"), Case Nos. 435770 and 446509 and court proceedings in Nevada, California, New York and the United States Supreme Court ("the Hyatt Proceedings"), as set forth in the Table of Judicially Noticeable Proceedings appended to the Motion. The dockets, submissions and filings in the Hyatt Proceedings of which FTB seeks judicial notice are matters of public record.

5. Attached to the Motion for Judicial Notice are true and correct copies of documents that were filed in the Hyatt Proceedings. However, where possible, FTB has omitted exhibits to certain documents to reduce the volume of pages being submitted to the Court. FTB can provide those exhibits to the Court if requested. Any documents that are not court or administrative filings were submitted into evidence in either or both the Nevada district court trial or Hyatt's SBE appeals. The index of documents correctly identifies each document according to the proceeding(s) in which it was submitted. Many of these documents were filed in multiple proceedings.

6. After many delays at Hyatt's request, Hyatt's appeal hearing before the SBE is currently scheduled for May 23-25, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 16, 2017.

SCOTT W. DEPEEL