No. 15-15296

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

GILBERT P. HYATT,

*Plaintiff-Appellant,*

v.

BETTY T. YEE, in her official capacity as California Franchise Tax Board member and California State Board of Equalization member DIANE L. HARKEY, in her official capacity as California State Board of Equalization member; JEROME E. HORTON, in his official capacity as California State Board of Equalization member; MICHAEL COHEN, in his official capacity as California Franchise Tax Board member; GEORGE RUNNER, in his official capacity as California State Board of Equalization member; FIONA MA, in her official capacity as California State Board of Equalization member and California Franchise Tax Board member,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of California
Case No. 2:14-cv-00849-GEB-DAD (Hon. Garland E. Burrell, Jr.)

DECLARATION OF DONALD J. KULA IN SUPPORT OF
APPELLANT GILBERT P. HYATT'S COUNTER
REQUEST FOR JUDICIAL NOTICE

Donald J. Kula
Oliver M. Gold
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Erwin Chemerinsky
EChemerinsky@law.uci.edu
UC IRVINE SCHOOL OF LAW
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: 949.824.8814
Facsimile: 949.824.7336

Malcolm Segal, Bar No. 075481
MSegal@segal-pc.com
SEGAL & ASSOCIATES, PC
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: 916.441.0886
Facsimile: 916.475.1231

Attorneys for Appellant Gilbert P. Hyatt

I, Donald J. Kula, hereby declare as follows:

1. I am attorney and an active member of the State Bar of California. I am a partner in the firm of Perkins Coie, LLP.

2. I am one of the attorneys of record representing Appellant Gilbert P. Hyatt in this case and well as one of Mr. Hyatt's attorneys of record in the Nevada tort case, *Franchise Tax Board of the State of California v. Hyatt*, 335 P.3d 125 (Nev. 2014) (the "Nevada Tort Case"). I have represented Mr. Hyatt in the Nevada Tort Case in all phases of its proceedings including pre-trial and trial proceedings in the Nevada District Court, multiple appeals heard by the Nevada Supreme Court and in the two reviews of the case by the United States Supreme Court.

3. I am familiar with the file and materials submitted to the Nevada Supreme Court in the Nevada Tort Case. I am able to authenticate, and hereby do authenticate, that the documents described below are true and correct copies of documents from the record in the Nevada Supreme Court for the Nevada Tort Case. Specifically, "RA" and "AA" as used on referencing these documents refers to the Respondent's Appendix and Appellant's Appendix, respectively, each of which were part of the record in the Nevada Supreme Court for the Nevada Tort Case. "RT" refer to the Reporter's Transcript which consists of trial testimony and

hearings from the Nevada District Court and was made part of the record in the Nevada Supreme Court for the Nevada Tort Case. These documents are submitted with Mr. Hyatt's accompanying Counter Request for Judicial Notice and referenced below by the same "**HYATT EXHIBIT**" number as referenced in the Counter Request for Judicial Notice:

**HYATT EXHIBIT 1** is a true and correct copy of a non-published but public decision issued by the Nevada Supreme Court in the Nevada Tort Case on September 18, 2014.

**HYATT EXHIBIT 2** is a true and correct copy of Respondent's Answering Brief, filed by Mr. Hyatt in the Nevada Tort Case on January 5, 2010.

**HYATT EXHIBIT 3** is a true and correct copy of FTB Notice of Opening Audit for 1991 tax year, dated June 17, 1993 (82 RA 020471-020475).

**HYATT EXHIBIT 4** is a true and correct copy of FTB Notice of Opening Audit for 1992 tax year, dated January 19, 1996 (85 RA 021033).

**HYATT EXHIBIT 5** is a true and correct copy of FTB Notice of Preliminary Determination for 1991 tax year, dated August 2, 1995 (84 RA 020865-020904).

- 3 -

**HYATT EXHIBIT 6** is a true and correct copy of FTB Notice of Preliminary Determination for 1992 tax year, dated April 1, 1996 (85 RA 021045-021061).

**HYATT EXHIBIT 7** is a true and correct copy of FTB Notice of Proposed Assessment for 1991 tax year, dated April 23, 1996 (54 AA 13326-13329).

**HYATT EXHIBIT 8** is a true and correct copy of FTB Notice of Penalty Adjustment for 1992 tax year, dated April 10, 1997 (85 RA 021082-021085).

**HYATT EXHIBIT 9** is a true and correct copy of FTB Notice of Proposed Assessment for 1992 tax year, dated August 14, 1997 (54 AA 13398-13403).

**HYATT EXHIBIT 10** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: June 20, 147:14-148:20; 150:14-151:2; 151:3-153:5).

**HYATT EXHIBIT 11** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: June 20, 175:15-177:13, 185:19-188:6).

**HYATT EXHIBIT 12** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 25, 80:10-81:17, 84:11-24).

**HYATT EXHIBIT 13** is a true and correct copy of FTB Audit Strategy Memo dated November 18, 1994 (63 AA 15553-15555).

**HYATT EXHIBIT 14** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 24, 132:2-23, 140:11-141:25).

**HYATT EXHIBIT 15** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 24, 42:4-43:8, 80:22-81:11, 134:1-12; 136:23-138:2).

**HYATT EXHIBIT 16** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 24, 76:16-77:7, 129:9-15).

**HYATT EXHIBIT 17** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 24, 26:11-19, 74:1-75:20).

**HYATT EXHIBIT 18** is a true and correct copy of FTB internal memo dated August 21, 1995 (84 RA 020949-020953).

**HYATT EXHIBIT 19** is a true and correct copy of FTB audit reviewer's notes dated April 18, 1996 (54 AA 13325).

**HYATT EXHIBIT 20** are a true and correct copies of unsworn witness statements by estranged relatives of Mr. Hyatt dated December 6, 1994, December 19, 1994, and January 18, 1995 (83 RA 020616-020620, 83 RA 020621-020624, and 83 RA 020630-020635).

**HYATT EXHIBIT 21** is a true and correct copy of FTB Interrogatory Response in the Nevada Tort Case (93 RA 023019-023025).

**HYATT EXHIBIT 22** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: June 9, 97:9-16, 102:7-103:17, 108:2-110:10).

**HYATT EXHIBIT 23** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: May 30, 145:4-146:17, 148:9-151:5).

**HYATT EXHIBIT 24** is a true and correct copy of FTB auditor notes dated August 14, 1995 (1 RA 000072, 93 AA 23124).

**HYATT EXHIBIT 25** is a true and correct copy of letters from Hyatt tax counsel requesting the audit file dated April 29, 1996, May 1, 1996, December 11, 1997, and March 10, 1998 (73 AA 18068, 57 RA 014114, H 02190, 85 RA 021109).

**HYATT EXHIBIT 26** is a true and correct copy of FTB audit manual excerpt stating the taxpayer is entitled to the audit file upon request (76 AA 18833).

**HYATT EXHIBIT 27** is a true and correct copy of letter from Hyatt tax counsel to FTB dated July 17, 1997 (85 RA 021093-021096).

**HYATT EXHIBIT 28 FTB** is a true and correct copy of FTB reviewer comments dated August 4, 1997 (54 AA 13396-13397).

**HYATT EXHIBIT 29** is a true and correct copy of letter from Hyatt tax counsel to FTB protest section dated October 10, 1997 (54 AA 13404-13406).

**HYATT EXHIBIT 30** is a true and correct copy of email internal among FTB supervisors dated April 4, 1997 (54 AA 13395).

**HYATT EXHIBIT 31** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 22, 69:8-71:3, 73:3-74:23, 84:2-86:2, 88:22-90:19; April 23, 88:1-89:22),

**HYATT EXHIBIT 32** is a true and correct copy of Hyatt Protest Letter for 1991 tax year dated June 20, 1996 (54 AA 13330-13391).

**HYATT EXHIBIT 33** is a true and correct copy of Hyatt Protest Letter for 1992 tax year October 10, 1997 (54 AA 13404-13406).

**HYATT EXHIBIT 34** is a true and correct copy of FTB Protest Determination Letter for both 1991 and 1992 dated November 1, 2007 (88 RA 021826).

**HYATT EXHIBIT 35** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: May 22, 2008, 57:20-59:6, 80:19-84:14) .

**HYATT EXHIBIT 36** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: May 22, 2008, 92:4 -94:11).

**HYATT EXHIBIT 37** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: April 30, 2008, 149:11-24).

**HYATT EXHIBIT 38** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: July 15, 2008, 3:13-16, 12:19-13:8).

**HYATT EXHIBIT 39** is a true and correct copy of 40 Page Information/Document Requests (IDRs) sent by the third FTB protest officer to Hyatt tax counsel dated December 30, 1999 (54 AA 13412-13442).

**HYATT EXHIBIT 40** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: May 1, 2008, 40:22-42:7).

**HYATT EXHIBIT 41** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: June 16, 2008, 56:14-57:3, 58:7-60:4, 61:14-25; 72:9-13, 75:18-77:6).

**HYATT EXHIBIT 42** is a true and correct copy of letters from Hyatt tax counsel E. Coffill to FTB dated June 30, 2000, July 31, 2001 and June 15, 2001 (85 RA 021221-021223; 85 RA 021142, 54 AA 13443-55 AA 13543).

**HYATT EXHIBIT 43** is a true and correct copy of FTB Protest Log (excerpts) dated September 27, 2000 and October 4, 2000 (76 AA 18957, 18960).

**HYATT EXHIBIT 44** is a true and correct copy of FTB Protest Log (excerpt) dated February 20, 2002 (76 AA 18980).

**HYATT EXHIBIT 45** is a true and correct copy of email from the fourth FTB protest officer dated February 20, 2002 (85 RA 021224).

**HYATT EXHIBIT 46** is a true and correct copy of letter from Hyatt tax counsel E. Coffill to FTB dated March 7, 2002 (85 RA 021226).

**HYATT EXHIBIT 47** is a true and correct copy of email from FTB counsel B. Miller stating that FTB is putting things [the protests] on hold, dated April 5, 2002 (85 RA 21240).

**HYATT EXHIBIT 48** is a true and correct copy of letter from Hyatt tax counsel E. Coffill to FTB again asking for an expeditious conclusion to the protests, dated April 25, 2002 (85 RA 021233).

**HYATT EXHIBIT 49** is a true and correct copy of FTB Protest Log (excerpt) dated April 25, 2005 (77 AA 19003)

**HYATT EXHIBIT 50** is a true and correct copy of Nevada Discovery Commissioner Reports and Recommendations (14 RA 003262-3276 and 14 RA 003406-003411).

**HYATT EXHIBIT 51** is a true and correct copy of the Reporter's Transcript from a pre-trial Discovery Commissioner hearing in the Nevada Tort Case (79 RA 019543).

**HYATT EXHIBIT 52** is a true and correct copy of Nevada Protective Order filed December 27, 1999 (6 RA 001427-1438).

**HYATT EXHIBIT 53** is a true and correct copy of briefing filed in Nevada trial court contradicting the FTB argument that the Nevada protective order caused delay in the protests, during trial conducted in 2008 (78 RA 019417 - 79 RA 019565).

**HYATT EXHIBIT 54** (RT: May 7, 2008, 98:9-103:25, 109:7-129:3; May 27, 2008, 27:6-30:10; June 11, 9:7-38:21).

**HYATT EXHIBIT 55** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: June 16, 2008, 2:11-34:15 (trial court's ruling at 26:15-27:2), 35:13-37:6, 117:25-132:8 (trial court's ruling at 118:21-22, 132:3-8).

**HYATT EXHIBIT 56** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: July 11, 2008, 41:5-42:23; 47:19-48:13; July 15, 2008,187:3-17).

**HYATT EXHIBIT 57** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: July 11, 2008, 138:23-139:14, 153:19-154:19).

**HYATT EXHIBIT 58** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: July 15, 2008, 187:3-15).

**HYATT EXHIBIT 59** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: July 15, 2008, 188:9-192:11).

**HYATT EXHIBIT 60** is a true and correct copy of the FTB demand letter under the Nevada Protective Order, dated June 3, 2002 (76 AA 18892-18893).

**HYATT EXHIBIT 61** is a true and correct copy of the Reporter's Transcript from the trial in the Nevada Tort Case (RT: July 15, 2008, 162:21-163:5, 163:7-166:13, 187:3-188:6; RT: July 14, 2008, 174:3-175:21).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of April 2017 at Los Angeles, California.

_____

Donald J. Kula

- 12 -

## CERTIFICATE OF SERVICE

U.S. Court of Appeals Docket Number(s): 15-15296

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 7, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature: *s/ Yolanda Mendez*