No. 15-15296

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

GILBERT P. HYATT,

*Plaintiff-Appellant,*

v.

BETTY T. YEE, in her official capacity as California Franchise Tax Board member and California State Board of Equalization member DIANE L. HARKEY, in her official capacity as California State Board of Equalization member; JEROME E. HORTON, in his official capacity as California State Board of Equalization member; MICHAEL COHEN, in his official capacity as California Franchise Tax Board member; GEORGE RUNNER, in his official capacity as California State Board of Equalization member; FIONA MA, in her official capacity as California State Board of Equalization member and California Franchise Tax Board member,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of California
Case No. 2:14-cv-00849-GEB-DAD (Hon. Garland E. Burrell, Jr.)

DECLARATION OF EDWIN ANTOLIN IN SUPPORT OF
APPELLANT GILBERT P. HYATT'S COUNTER
REQUEST FOR JUDICIAL NOTICE

Donald J. Kula
Oliver M. Gold
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Erwin Chemerinsky
EChemerinsky@law.uci.edu
UC IRVINE SCHOOL OF LAW
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: 949.824.8814
Facsimile: 949.824.7336

Malcolm Segal, Bar No. 075481
MSegal@segal-pc.com
SEGAL & ASSOCIATES, PC
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: 916.441.0886
Facsimile: 916.475.1231

Attorneys for Appellant Gilbert P. Hyatt

I, Edwin Antolin, hereby declare as follows:

1. I am attorney and an active member of the State Bar of California. I am a founding partner of Antolin, Agarwal, & Chatterjee LLP and specialize in state and local tax matters.

2. I am one of the attorneys of record representing Appellant Gilbert P. Hyatt in the two administrative appeals now pending before the California State Board of Equalization (the "SBE") entitled *In the Matter of the Appeals of Gilbert P. Hyatt,* Case Nos. 435770 and 446509 (the "SBE Appeals"). I am familiar with the file and materials submitted to the SBE in the two SBE Appeals. I am able to authenticate, and hereby do authenticate, that the documents described below are true and correct copies of documents from the SBE Appeals. These documents are attached to Mr. Hyatt's accompanying Counter Request for Judicial Notice and referenced below by the same "**HYATT EXHIBIT**" number as referenced in the Counter Request for Judicial Notice:

**HYATT EXHIBIT 62** to the Counter Request for Judicial Notice is a true and correct copy of SBE Rules for Tax Appeals, Rules 5431(b)(3) and 5435.

**HYATT EXHIBIT 63** to the Counter Request for Judicial Notice is a true and correct copy of an email from former Hyatt tax counsel Eric Coffill to the SBE dated June 3, 2009.

- 1 -

**HYATT EXHIBIT 64** to the Counter Request for Judicial Notice is a true and correct copy of an SBE letter to the Franchise Tax Board ("FTB") dated July 8, 2009.

**HYATT EXHIBIT 65** to the Counter Request for Judicial Notice is a true and correct copy of an SBE letter to FTB dated August 21, 2009.

**HYATT EXHIBIT 66** to the Counter Request for Judicial Notice is a true and correct copy of a letter from former Hyatt tax counsel Eric Coffill to the SBE dated September 2, 2009.

**HYATT EXHIBIT 67** to the Counter Request for Judicial Notice is a true and correct copy of an SBE letter to FTB dated September 14, 2009.

**HYATT EXHIBIT 68** to the Counter Request for Judicial Notice is a true and correct copy of an SBE letter to both FTB and former Hyatt tax counsel Eric Coffill dated August 2, 2012.

**HYATT EXHIBIT 69** to the Counter Request for Judicial Notice is a true and correct copy of a letter from SBE to both FTB and former Hyatt tax counsel Eric Coffill dated February 20, 2013.

**HYATT EXHIBIT 70** to the Counter Request for Judicial Notice is a true and correct copy of an FTB letter to the SBE dated July 16, 2014.

**HYATT EXHIBIT 71** to the Counter Request for Judicial Notice is a true and correct copy of an FTB letter to SBE dated August 13, 2014.

**HYATT EXHIBIT 72** to the Counter Request for Judicial Notice is a true and correct copy of an SBE letter to the FTB and former Hyatt tax counsel Eric Coffill dated December 9, 2014.

**HYATT EXHIBIT 73** to the Counter Request for Judicial Notice is a true and correct copy of an FTB letter to the SBE dated March 17, 2015.

**HYATT EXHIBIT 74** to the Counter Request for Judicial Notice is a true and correct copy of FTB's Additional Brief, pp. 1:24-2:1; 28, fn. 152, (FTB's $24 Million Error) filed in the SBE Appeals on February 19, 2013.

**HYATT EXHIBIT 75** to the Counter Request for Judicial Notice is a true and correct copy of Hyatt's Additional Supplemental Briefing, Attachments 1, 3, and 4 filed in the SBE Appeals on September 28, 2016.

**HYATT EXHIBIT 76** to the Counter Request for Judicial Notice is a true and correct copy of Mr. Hyatt's Third Additional Briefing, pp. 22-23, (1991 Tax-Year Appeal) filed in the SBE Appeals on December 12, 2016.

**HYATT EXHIBIT 77** to the Counter Request for Judicial Notice is a true and correct copy of Mr. Hyatt's Third Additional Briefing, pp. 13-19, (1992 Tax-Year Appeal) filed in the SBE Appeals on December 12, 2016.

**HYATT EXHIBIT 78** to the Counter Request for Judicial Notice is a true and correct copy of Mr. Hyatt's Affidavit filed in the SBE Appeals on December 12, 2016.

**HYATT EXHIBIT 79** to the Counter Request for Judicial Notice are true and correct copies of subpoenas issued by Supreme Court of the State of New York, County of Westchester, to FTB in conjunction with the SBE Appeals and dated May 26, 2011.

///

///

///

///

///

///

///

///

///

**HYATT EXHIBIT 80** to the Counter Request for Judicial Notice is a true and correct copy of a Temporary Restraining Order (TRO) Ruling issued by Supreme Court of the State of New York, County of Westchester, in conjunction with the SBE Appeals and dated March 16, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of April 2017 at Walnut Creek, CA.

_____

Edwin Antolin

# CERTIFICATE OF SERVICE

U.S. Court of Appeals Docket Number(s): 15-15296

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 7, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature:  *s/ Yolanda Mendez*