No. 15-15296

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

GILBERT P. HYATT,

*Plaintiff and Appellant,*

v.

DIANE L. HARKEY, *et al.*,

*Defendants and Appellees.*

On Appeal from the United States District Court
for the Eastern District of California
Case No. 2:14-cv-00849-GEB-DAD
The Honorable Garland E. Burrell, Jr.

**CERTIFICATE OF SERVICE**

James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Brady R. Dewar (252776)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
mvl@kerrwagstaffe.com

*Attorneys for Defendants and Appellees,*
DIANE L. HARKEY, JEROME E. HORTON, BETTY T. YEE, GEORGE
RUNNER and FIONA MA, in their official capacities as members of the
California State Board of Equalization

## CERTIFICATE OF SERVICE

I, Michael von Loewenfeldt, hereby certify that I electronically filed the following document:

- **STATE BOARD OF EQUALIZATION'S REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**

with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 14, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: April 14, 2017  /s/ Michael von Loewenfeldt
MICHAEL VON LOEWENFELDT